**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BYW FRANCHISE DEVELOPMENT, LLC, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>JH DEVINE INVESTMENTS 10, INC., and )<br>CHERIE HUILLADE, )<br>)<br>Defendants. )<br>_____ ) | Case No.: 2:11-cv-01568-GMN-GWF<br><br>**ORDER** |

Before the Court is Plaintiff BYW Franchise Development, LLC.'s Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 2).

Fed. R. of Civ. P. 65(b) provides that a Temporary Restraining Order may issue without written or oral notice to the adverse party or its attorney only if:

> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and
> (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Plaintiff has failed to provide the required information for both subsections (A) and (B) of Rule 65(b). Although Plaintiff does submit a verified complaint, the facts do not show that immediate and irreparable injury will result *before* the adverse party can be heard in opposition. Second, Plaintiff's attorney does not certify in writing *any efforts made to give notice and the reasons why it should not be required*. It does not appear that Plaintiff has served Defendants with the Complaint or the Motion for Temporary Restraining Order or Preliminary Injunction. Accordingly, the Court denies Plaintiff's Motion for a Temporary

Restraining Order.  *See Reno Air Racing Ass'n, Inc. v. McCord*, 452 F.3d 1126 (9th Cir. 2006).

**IT IS HEREBY ORDERED** that Plaintiff BYW Franchise Development, LLC.'s Motion for Temporary Restraining Order is **DENIED** (ECF No. 2).

**IT IS FURTHER ORDERED** that **a hearing on Plaintiff's Motion for a Preliminary Injunction is set for October 7, 2011 at the hour of 10:00 a.m. in Courtroom 7D.**

**Plaintiff is ORDERED to serve Defendants with the Complaint, Motion for Preliminary Injunction and this ORDER not later than close of business on October 5, 2011, and file proof of the same with Clerk of this Court.**

DATED this 30th day of September, 2011.

_____
Gloria M. Navarro
United States District Judge