# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BYW FRANCHISE DEVELOPMENT, )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　Plaintiff, 　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>JH DEVINE INVESTMENTS 10, INC., et al., )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　Defendants.　　　　　　　)<br>_____) | Case No. 2:11-cv-01568-GMN-GWF<br><br>**ORDER**<br><br>Motion to Withdraw as<br>Counsel (#20) |

　　　　This matter is before the Court on Mathew J. Kreutzer, Esq. and Jennifer A. Gores, Esq.'s Motion to Withdraw as Counsel for Plaintiff BYW Franchise Development (#20), filed on December 14, 2011. To date, no party has filed a response to this motion and the time for opposition has now expired. Furthermore, the movant substantially establishes good cause for the withdrawal. Accordingly,

　　　　**IT IS HEREBY ORDERED** that Mathew J. Kreutzer, Esq. and Jennifer A. Gores, Esq.'s Motion to Withdraw as Counsel for Plaintiff BYW Franchise Development (#20) is **granted**.

　　　　**IT IS FURTHER ORDERED** that **BYW Franchise Development** must retain new counsel if it intends to continue to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

　　　　**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

　　　　1.　　add the last known addresses of **BYW Franchise Development** to the civil docket:

**BYW Franchise Development**
**Attn: Tonja Demoff**
1780 Coronado Center Drive, Suite 110
Henderson, Nevada 89052

and

**BYW Franchise Development**
**Attn: David Reaves, Esq., Bankruptcy Trustee**
2999 N. 44th Street, Suite 600
Phoenix, Arizona 85018

2. serve **BYW Franchise Development** with a copy of this order at the last known addresses listed above.

DATED this 6th day of January, 2012.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**