1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

7
8
9
10
11
12
13

| | | |
|---|---|---|
| BYW FRANCHISE DEVELOPMENT, | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-01568-GMN-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| | ) | |
| JH DEVINE INVESTMENTS 10, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————————— | ) | |

14      This matter is before the Court on the 2nd Notice of Violation of Special Order 109 (#35)

15  on September 11, 2012, addressed to Defendant's counsel Stacey A. Upson.  Section 1.B. of the

16  Courts' Electronic Filing Procedures (enacted pursuant to Special Order 109) states, in part,

17  "Attorneys who are admitted to the bar of this court, admitted to participate in a case pro hac vice,

18  or who are authorized to represent the United States and its agencies, shall register as Filing Users

19  of the System".  To date, Ms. Upson has not complied.  Accordingly,

20      **IT IS ORDERED** that Ms. Upson shall register with CM/ECF and a "Notice of

21  Compliance with Special Order 109" shall be completed and filed no later than five (5) days from

22  the date of this Order.  Failure to comply may result in the issuance of an order to show cause why

23  sanctions should not be imposed.

24      DATED this 12th day of September. 2012.

25

26      _____
        GEORGE FOLEY, JR.
27      United States Magistrate Judge

28